FILED: August 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-240
(8:21-cv-03044-TDC)

_____

NEWREZ LLC, d/b/a Shellpoint Mortgage Servicing

        Petitioner

v.

IRENE YATES

        Respondent

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Date Petition Filed: | 08/23/2023 |
| Petitioner | NewRez |
| Appellate Case Number | 23-240 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |